■ BEATRICE TWARDOWSKI et al., Appellants, v AUSTIN CORBETT, Respondent.—Appeal from an order and judgment of the Supreme Court (Hughes, J.), entered December 21, 1988 in Albany County, which granted defendant's motion for summary judgment dismissing the complaint.

Order and judgment affirmed, with costs, upon the opinion of Justice Harold J. Hughes. Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.